Form 241

# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 06−80200

IN THE MATTER OF:
Thomas E Tester    xxx−xx−4822
2212 Timberlake Road
Franklinton, NC 27525−7286

    Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 3/22/11

an Order was entered by the United States Bankruptcy Court, dismissing the above named case .

Dated: 3/22/11                                                            OFFICE OF THE CLERK/ ahb